LATHAM & WATKINS LLP
Mark S. Mester (*Pro Hac Vice* Forthcoming)
  mark.mester@lw.com
Robert C. Collins III (*Pro Hac Vice* Forthcoming)
  robert.collins@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

LATHAM & WATKINS LLP
Michael A. Hale (Bar No. 319056)
  michael.hale@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California  90071
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

*Attorneys for Defendant Vivid Seats LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVE ELSTER, an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIVID SEATS, INC., an Illinois Corporation; VIVID SEAT LLC, a Delaware Corporation, and DOES 1 to 10, Inclusive,<br><br>Defendants. | Case No.  4:20-cv-07679<br><br>**DEFENDANT VIVID SEATS LLC'S RULE 7.1 DISCLOSURE STATEMENT** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Vivid Seats LLC ("Vivid Seats") states that it is a privately-held limited liability company with no parent corporation and no publicly-traded corporation owns 10% or more of Vivid Seats' stock.

Date:  October 30, 2020

Respectfully submitted,

LATHAM & WATKINS LLP

By:  /s/ *Michael A. Hale*
        Michael A. Hale

Mark S. Mester (*Pro Hac Vice* Forthcoming)
   mark.mester@lw.com
Robert C. Collins III (*Pro Hac Vice* Forthcoming)
   robert.collins@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

LATHAM & WATKINS LLP
Michael A. Hale (Bar No. 319056)
   michael.hale@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California  90071
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

*Attorneys for Defendant Vivid Seats LLC*