1  LATHAM & WATKINS LLP
   Mark S. Mester (*Pro Hac Vice* Forthcoming)
2     mark.mester@lw.com
   Robert C. Collins III (*Pro Hac Vice* Forthcoming)
3     robert.collins@lw.com
   330 North Wabash Avenue, Suite 2800
4  Chicago, Illinois  60611
   Telephone:  (312) 876-7700
5  Facsimile:  (312) 993-9767

6  LATHAM & WATKINS LLP
   Michael A. Hale (Bar No. 319056)
7     michael.hale@lw.com
   355 South Grand Avenue, Suite 100
8  Los Angeles, California  90071
   Telephone:  (213) 485-1234
9  Facsimile:  (213) 891-8763

10 *Attorneys for Defendant Vivid Seats LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVE ELSTER, an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIVID SEATS, INC., an Illinois Corporation; VIVID SEAT LLC, a Delaware Corporation, and DOES 1 to 10, Inclusive,<br><br>Defendants. | Case No.  4:20-cv-07679<br><br>**DEFENDANT VIVID SEATS LLC'S CERTIFICATION OF INTERESTED PARTIES (LOCAL RULE 3-15)** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CHICAGO

VIVID SEATS LLC'S CERTIFICATION
OF INTERESTED PARTIES
CASE NO. 4:20-cv-07679

**CERTIFICATION OF INTERESTED PARTIES**

Pursuant to Civil Local Rule 3-15, the undersigned, counsel of record for Defendant Vivid Seats LLC ("Vivid Seats"), certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parents corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Hoya Midco, LLC is the sole member of Vivid Seats and has a financial interest in Vivid Seats and in the outcome of this case.

Date: October 30, 2020

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ *Michael A. Hale*
    Michael A. Hale

Mark S. Mester (*Pro Hac Vice* Forthcoming)
  mark.mester@lw.com
Robert C. Collins III (*Pro Hac Vice* Forthcoming)
  robert.collins@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

LATHAM & WATKINS LLP
Michael A. Hale (Bar No. 319056)
  michael.hale@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California  90071
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

*Attorneys for Defendant Vivid Seats LLC*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CHICAGO

1

VIVID SEATS LLC'S CERTIFICATION
OF INTERESTED PARTIES
CASE NO. 4:20-cv-07679