GLANCY PRONGAY & MURRAY LLP
Kevin F. Ruf (SBN 136901)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9150
Email: kruf@glancylaw.com

*Attorneys for Plaintiff Steve Elster*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE ELSTER, an individual, and on behalf of all others similarly situated,<br><br>PLAINTIFF,<br><br>vs.<br><br>VIVID SEATS, INC., an Illinois Corporation; VIVID SEATS LLC, a Delaware Corporation, and DOES 1 to 10, Inclusive.<br><br>DEFENDANTS. | Case No. 3:20-cv-07679-JCS<br><br>**DECLARATION OF KEVIN F. RUF IN SUPPORT OF MOTION TO REMAND CASE** |

I, Kevin Ruf, declare as follows:

1. I am a partner at the law firm of Glancy Prongay & Murray LLP, counsel for plaintiff Steve Elster ("Plaintiff"), and make this declaration in support of Plaintiff's Motion to Remand Case pursuant to 28 U.S. C. § 1447(c). The statements in this declaration are based upon my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. I am informed and believe that Defendant Vivid LLC ("Vivid") conducts all of its ticket transactions online, using its website and email to provide information to its customers.

3. In the event the instant lawsuit results in an injunction requiring Vivid to provide notice of California residents' rights to refunds, I would advocate and expect that this notice would be given using the same communication methods already used by Vivid: its website and email.

4. The instant lawsuit does not seek restitution on behalf of California residents who are entitled to refunds upon request but prefer to hold their tickets for rescheduled or postponed events.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of November, 2020, at Ojai, California.

                                                                                         _s/ Kevin F. Ruf_
                                                                                          Kevin F. Ruf