LATHAM & WATKINS LLP
Mark S. Mester (Admitted *Pro Hac Vice*)
  mark.mester@lw.com
Robert C. Collins III (Admitted *Pro Hac Vice*)
  robert.collins@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

LATHAM & WATKINS LLP
Michael A. Hale (Bar No. 319056)
  michael.hale@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California  90071
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

*Attorneys for Defendant Vivid Seats LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE ELSTER, an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIVID SEATS, INC., an Illinois Corporation; VIVID SEAT LLC, a Delaware Corporation, and DOES 1 to 10, Inclusive,<br><br>Defendants. | Case No.  3:20-cv-07679-VC<br><br>**DECLARATION OF TED PICKUS IN SUPPORT OF VIVID SEATS LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
CHICAGO

DECLARATION OF TED PICKUS IN SUPPORT OF
VIVID SEATS' OPPOSITION TO MOTION TO REMAND
CASE NO. 3:20-cv-07679-VC

I, Ted Pickus, hereby declare as follows:

1. I have knowledge of the facts stated in this declaration, and I make this declaration in support of Vivid Seats LLC's Opposition to Plaintiff's Motion to Remand in the above-captioned action. I am over 18 years of age. The facts contained in this declaration are based on my personal knowledge and the books and records of Vivid Seats LLC, and I can testify competently to them if called upon to do so.

2. I am currently the Vice President, Accounting at Vivid Seats LLC and have been in that position since July 1, 2018. Because of my work in that position, I have an understanding of the financial, corporate and sales records of Vivid Seats LLC.

3. As of December 30, 2020, the total dollar amount paid by California residents for tickets purchased through Vivid Seats LLC's online marketplace to third-party events that have been postponed or rescheduled due to the COVID-19 pandemic is approximately $18 million.

4. Vivid Seats LLC does not know how many California residents who purchased tickets through Vivid Seats LLC's online marketplace to third-party events that have been postponed or rescheduled due to the COVID-19 pandemic would request refunds if Plaintiff were to prevail in the above-captioned action.

5. If California residents who purchased tickets through Vivid Seats LLC's online marketplace to third-party events that have been postponed or rescheduled due to the COVID-19 pandemic only requested refunds of approximately 28% of the approximately $18 million they collectively paid for those tickets, the total dollar amount that those purchasers would request in refunds is still greater than $5 million.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 30th day of December, 2020.

_Ted Pickus_
Ted Pickus

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
CHICAGO

1

DECLARATION OF TED PICKUS IN SUPPORT OF
VIVID SEATS' OPPOSITION TO MOTION TO REMAND
CASE NO. 3:20-cv-07679-VC